E-FILED
Thursday, 29 December, 2005  02:07:11 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR STATEMENT OF REASONS

Case Name: USA v DAVID ~~BRYE~~ BYE

Case Number: 02-CR-30019

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*Cathy Reichart*
U.S. Probation office

Date: 10-26-05