E-FILED
Wednesday, 28 February, 2007  04:10:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-30019 |
| | ) | |
| DAVID KENNETH BYE, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| LIFESTAR AMBULANCE SERVICE INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## **O R D E R**

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

THEREFORE IT IS ORDERED that a Writ of Continuing Earnings Garnishment submitted by the Government shall be issued.

ENTER:  February 28, 2007.

    FOR THE COURT:

                                                                       s/ Jeanne E. Scott
                                                                   JEANNE E. SCOTT
                                                     UNITED STATES DISTRICT JUDGE