IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 02-30019-001 |
| | ) |
| DAVID KENNETH BYE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| LIFESTAR AMBULANCE SERVICE INC., | ) |
| | ) |
| Garnishee. | ) |

**A F F I D A V I T**

State of Illinois
County of Sangamon

I, Elizabeth L. Collins, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Continuing Earnings Garnishment on DAVID KENNETH, Defendant, on the 2nd day of March, 2007 by placing the Writ in the United States mail, postage prepaid, addressed to his last known address in Jacksonville IL along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

s/ Elizabeth L. Collins
_____
By:   Elizabeth L. Collins, Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth.collins@usdoj.gov

2

Pursuant to Title 28, Section 1746, I, Elizabeth L. Collins, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED: March 2, 2007                                  s/Elizabeth L. Collins

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 _____

By:    Elizabeth L. Collins, Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth.collins@usdoj.gov

3

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

>DAVID KENNETH BYE
>605 Coronado
>Jacksonville, IL 62650
>
>LIFESTAR AMBULANCE SERVICE INC.
>Attention: Ms. Karen Juenger
>Business Manager
>Post Office Box 1838
>Centralia, IL 62801-1838

March 2, 2007

>s/ Elizabeth L. Collins

By:  Elizabeth L. Collins, Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701
Phone: 217/492-4450
Fax: 217/492-4888
email: beth.collins@usdoj.gov