**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30019-001 |
| ) | |
| DAVID KENNETH BYE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| LIFESTAR AMBULANCE SERVICE ) | |
|   INC., ) | |
| ) | |
| Garnishee. ) | |

**CERTIFICATE OF SERVICE**

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7002 0860 0004 2153 7841 on March 5, 2007:

1. Clerk's Notice of Post Judgment Garnishment.

2. Instructions to Garnishee (including Answer)

3. Instructions to Defendant.

4. Application for Writ (including Memorandum).

5. Order of Writ.

                                    Respectfully submitted,


                                    s/ Elizabeth L. Collins
                                    _____
                    By:             Elizabeth L. Collins
                                    Bar No. 487864
                                    Attorney for Plaintiff
                                    United States Attorneys Office
                                    318 South 6th Street
                                    Springfield, Il 62701
                                    Telephone: 217/492-4450
                                    Fax:  217/492-4888
                                    email:  beth.collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**, has been placed in the United States mail addressed to:

>DAVID KENNETH BYE
>605 Coronado
>Jacksonville, IL 62650
>
>LIFESTAR AMBULANCE SERVICE INC.
>Attention: Ms. Karen Juenger
>Business Manager
>Post Office Box 1838
>Centralia, IL 62801-1838

Date:  March 14, 2007

By:  s/ Elizabeth L. Collins
     _____
     Elizabeth L. Collins
     Bar No. 487864
     Attorney for Plaintiff
     United States Attorneys Office
     318 South 6th Street
     Springfield, Il 62701
     Telephone: 217/492-4450
     Fax:  217/492-4888
     email:  beth.collins@usdoj.gov