UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

E-FILED
Tuesday, 20 March, 2007 11:30:46 AM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 02-30019-001 |
| DAVID KENNETH BYE, | ) |
| Defendant, | ) |
| LIFESTAR AMBULANCE SERVICE INC., | ) ORIGINAL |
| Garnishee. | ) |

FILED
MAR 19 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## ANSWER OF THE GARNISHEE

1. IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of a partnership in the name of _____.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) *LifeStar Ambulance Svc, In* of Garnishee, a corporation organized under the laws of the State of *IL*.

2. The address of the Garnishee is *940 N. Elm St, PO Box 838 Centralia, IL 62801*.

3. The Garnishee was served with the Writ of Continuing Garnishment on *3/9/07* (Date).

4. For the pay period in effect on this date of service:

A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.    X Yes __ No

2

If yes, indicate type of compensation owed.

B. Indicate the payment periods: __ weekly, _X_ bi-weekly, __ semi-monthly, __ monthly.

C. State when the present payment period began: 3/4/07  2/19/07 (Date) and ends 3/4/07 (Date).

(The present pay period is the pay period in which this Order and Notice of Garnishment were served)

D. Enter the total amount of payment due and Calculate below:

(1) Total Payment            $ 887.38

(2) Federal income tax       $ 49.98

(3) F.I.C.A.                 $ 67.89

(4) State income tax         $ 24.15

(5) Other required and specify   $ 79.86  401K

Total of required withholdings   $ _____

Disposable earnings          $ 665.50

5. Are there any previous garnishments in effect:

__ Yes _X_ No

If the answers is yes, describe the type of garnishment, amount and when it finalizes:

_____

_____

_____

3

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ 221.85 | 3/16/07 |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant: _____

_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:

_____

___ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____

_____

4

8. On 3/16/07____, the Garnishee mailed a copy of this answer by first-class mail to:

    (a) **Original** to:    Clerk, U.S. District Court
                                    600 E. Monroe, Rm 151
                                    Springfield, Illinois 62701

    (b) Debtor Name:    DAVID KENNETH BYE
               at:    605 Coronado
                        Jacksonville, IL 62650

    (c) The Attorney for the United States:

                    U. S. Attorneys Office
                    Financial Litigation Unit
                    318 S. 6th Street
                    Springfield, Illinois 62701

9. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. § 1746.

_Karen Juenger_ Business Mgr
Signature & Title

Karen Juenger - Business Mgr
(Printed Name & Title)

940 W Elm, PO Box 1838
Address

Centralia, IL 62801

618-532-2474
Telephone

618-532-7795
Fax Number

Payroll Clerk
Relationship
(i.e. President, Treasurer, Payroll Clerk, etc.)