E-FILED
Monday, 09 April, 2007  03:32:36 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 02-30019-001 |
| DAVID KENNETH BYE, | ) |
| Defendant, | ) |
| LIFESTAR AMBULANCE SERVICE INC., | ) |
| Garnishee. | ) |

**MOTION FOR TURNOVER ORDER**

The United States moves for an order directing **LIFESTAR AMBULANCE SERVICE INC.** to turn over to the Clerk of the U.S. District Court, Attention: Finance Department, 100 N.E.. Monroe, Rm 309, Peoria IL 61602, all the funds withheld from the defendant's nonexempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage which ever is less, from date of the receipt of the Writ of Continuing Earnings Garnishment and which the garnishee is now, or may in the future, become indebted to the defendant for payment on the monetary debts of **DAVID KENNETH BYE** owed in this case and states as grounds the following.

 1.  A Writ of Earnings Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee and the Defendant;

 2.  Pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on March 19, 2007 , stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant:

-2-

3. The Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

                              Respectfully submitted,

                              RODGER A. HEATON
                              UNITED STATES ATTORNEY

DATE: April 9, 2007

                              s/Elizabeth L. Collins
                              Elizabeth L. Collins, Bar No. 487864
                              Attorney for the Plaintiff
                              United States Attorney's Office
                              318 S. 6th Street
                              Springfield, Illinois 62701
                              Tel: 217-492-4450
                              Fax: 217-492-4888 or 4580
                              E-mail: Beth.Collins@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 02-30019-001 |
| DAVID KENNETH BYE, | ) |
| Defendant, | ) |
| LIFESTAR AMBULANCE SERVICE INC., | ) |
| Garnishee. | ) |

**TURNOVER ORDER FOR EARNINGS**

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on March 19, 2007 , stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and the Defendant was notified of his right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) pay to the United States the defendant's non exempt interest in wages, salary, commissions or bonuses to the **"Clerk**, **United States District Court",** referencing the Court No. 02-30019-001 on the payment, and mail it to the **Clerk of the United States District Court, Attn: Finance Department, 100 NE Monroe, Rm 309, Peoria IL 61602**;

(2) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

-2-

(3) pay that amount monthly to the United States government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

This garnishment is terminated upon receipt of payment in full by the Clerk of the U.S. District Court.

ENTERED: _____.

JEANNE E. SCOTT<br>
UNITED STATES DISTRICT JUDGE

-3-

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION FOR TURNOVER ORDER, AND PROPOSED ORDER** have been placed in the United States mail addressed to:

DAVID KENNETH BYE
605 Coronado
Jacksonville, IL 62650

LIFESTAR AMBULANCE SERVICE INC.
Attention: Karen Juenger
Business Manager
PO Box 1838
Centralia, IL 62801-1838

DATE: April 9, 2007

s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-mail: Beth.Collins@usdoj.gov