## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 02-30019-001 |
| DAVID KENNETH BYE, | ) |
| Defendant, | ) |
| LIFESTAR AMBULANCE SERVICE INC., | ) |
| Garnishee. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION FOR TURNOVER ORDER

This garnishment proceeding was brought pursuant to the Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. §3001 et. seq. (hereinafter cited by section number only) to enforce collection of a criminal restitution order.

1. The balance of the criminal restitution debt owed as of April 9, 2007 is $80,637.79.

2. The United States Attorney, by delegation of the Attorney General, has the responsibility to enforce collection of criminal restitution orders. 18 U.S.C. § 3612(c).

3. Pursuant to the Court's Order, a writ of garnishment was issued (Doc. 49) and served on Garnishee on March 5, 2007 (Doc. 52).

4. The Defendant was advised of his right to a hearing by the Clerk's Notice (Docs. 51).

5. The Garnishee filed an answer in this case (Doc. 53) which showed that the Defendant had non-exempt disposable earnings that are subject to garnishment.

6. Neither the Defendant, nor the Garnishee, filed a request for a hearing.

7.  The FDCPA provides that after a Garnishee files an answer, and if no hearing is requested within 20 days after receipt of the Answer, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's non-exempt interest in such property. 28 U.S.C. § 3205(c)(5) & (7).

8.  In accordance with § 3002(9) of the FDCPA and § 303 of the Consumer Credit Protection Act (15 U.S.C. §1673), the government is requesting that the garnishee withhold nonexempt disposable earnings being the lesser of 25% of the defendant's disposable earnings or the amount by which the weekly disposable earnings exceed 30 times the federal minimum wage.

9.  The payments by the garnishee should be made to and through the Clerk of the U.S. District Court in accordance with 18 U.S.C. § 3611.

WHEREFORE, the Motion for Turnover Order should be granted and an Order so providing be entered by this Court.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

s/ Elizabeth L. Collins
_____
By:   Elizabeth L. Collins, Bar No. 487864
      Attorney for Plaintiff
      United States Attorneys Office
      318 S. 6th Street
      Springfield, Illinois 62701
      Telephone: 217/492-4450
      Fax: 217/492-4888 or 4580
      email: Beth.Collins@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the Memorandum of Law & the Affidavit to:

>DAVID KENNETH BYE
>605 Coronado
>Jacksonville, IL 62650
>
>LIFESTAR AMBULANCE SERVICE INC.
>Attention: Karen Juenger
>Business Manager
>PO Box 1838
>Centralia, IL 62801-1838

Date: April 9, 2007                         s/ Elizabeth L. Collins
                                            _____
                                            Elizabeth L. Collins, Bar No. 487864
                                            Attorney for Plaintiff
                                            United States Attorneys Office
                                            318 S. 6th Street
                                            Springfield, Illinois 62701
                                            Telephone: 217/492-4450
                                            Fax: 217/492-4888
                                            email: Beth.Collins@usdoj.gov