E-FILED
Friday, 13 April, 2007   09:19:34 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 02-30019-001 |
| ) | |
| DAVID KENNETH BYE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| LIFESTAR AMBULANCE SERVICE INC.,) | |
| ) | |
| Garnishee. ) | |

**TURNOVER ORDER FOR EARNINGS**

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on March 19, 2007, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant; and the Defendant was notified of his right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) pay to the United States the defendant's non exempt interest in wages, salary, commissions or bonuses to the **"Clerk**, **United States District Court",** referencing the Court No. 02-30019-001 on the payment, and mail it to the **Clerk of the United States District Court, Attn: Finance Department, 100 NE Monroe, Rm 309, Peoria IL 61602**;

(2) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

-2-

(3) pay that amount monthly to the United States government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

This garnishment is terminated upon receipt of payment in full by the Clerk of the U.S. District Court.

ENTERED:   April 13  , 2007.

                                              s/ Jeanne E. Scott  
                                              JEANNE E. SCOTT  
                                              UNITED STATES DISTRICT JUDGE